**William MAY, Plaintiff—Appellant,**

v.

**AARSAND MANAGEMENT, LLC, Defendant—Appellee.**

No. 08–2022.

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2009.

Decided: July 27, 2009.

William May, Appellant Pro Se. Suzzanne White Decker, Sandra McLelland, Miles & Stockbridge, PC, Baltimore, Maryland, for Appellee.

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William May appeals the district court's order granting the Appellee's motion for summary judgment on May's claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e–16 (2006) and reconsideration thereof. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *May v. Aarsand Mgmt., LLC*, No. 1:06–cv–00221–AMD (D. Md. July 23, 2008; Aug. 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*